UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
AMANDA L. CARDONE,                                :
             *Plaintiff*,                           :
                                                       :   Case No. 3:19-CV-00817-GTS
      v.                                             :
                                                       :
ANDREW SAUL,                                      :
COMMISSIONER OF                                   :
SOCIAL SECURITY,                                  :   *ELECTRONICALLY FILED*
             *Defendant*.                          :
                                                       :
-------------------------------------------------------X

### Consent Order for Payment of Fees under the Equal Access to Justice Act

    IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff be awarded attorney fees and expenses under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412) in the amount of six-thousand three hundred seventy-seven dollars and twenty-four cents ($6,377.24) and four hundred dollars ($400.00) in costs.

    The award of attorney fees will satisfy all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case.  Any fees paid belong to Plaintiff and not to his attorney and can be offset to satisfy pre-existing debt that Plaintiff owes the United States. <u>Astrue v. Ratliff</u>, 560 U.S. 586 (2010).  After the Court enters this award, if Defendant can verify that Plaintiff owes no preexisting debt subject to offset, Defendant agrees to make the award payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff and counsel.

    AND, the Court having reviewed the record in this matter;

    IT IS on this ___9th___ day of ___November___, 2020;

    ORDERED that Plaintiff be awarded fees under EAJA in the amount of $6,377.24 and

costs in the amount of $400.00, and that the fees are payable to the Plaintiff, but if Plaintiff does not owe a debt subject to offset, payable to Plaintiff's attorney.

ORDERED that the within matter is dismissed with prejudice.

Hon. Glenn T. Suddaby
Chief U.S. District Judge

The undersigned hereby consent to the form and entry of the within order.

Dated: November 9, 2020

| Andrew Saul, | Amanda L. Cardone, |
|---|---|
| By His Attorneys, | By Her Attorney, |

Antoinette T. Bacon,
Acting United States Attorney

| /s/ Jessica Tucker | /s/ Charles E. Binder[1] |
|---|---|
| Jessica Tucker | Charles E. Binder |
| Special Assistant United States Attorney | Law Office of Charles E. Binder & |
| N.D.N.Y. Bar Roll No. 700996 | Harry J. Binder, LLP |
| Social Security Administration | 458 Madison Avenue |
| Office of the General Counsel | Suite 501 |
| J.F.K. Federal Building, Room 625 | New York, NY |
| Boston, MA 02203 | (212) 677-6801 |
| (617) 565-1833 | fedcourt@binderlawfirm.com |
| jessica.tucker@ssa.gov | |

---

[1] Signed by Jessica Tucker with Charles E. Binders's permission via email on November 9, 2020.